1/09/15 9:21AM

B1 (Official Form 1)(04/13)

| **United States Bankruptcy Court**<br>**District of Minnesota** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Waldorf Nevens Cleaners, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**41-0846603** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**7079 Amundson Avenue**<br>**Edina, MN**<br>ZIP Code **55439** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hennepin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Waldorf Nevens Cleaners, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:  **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Waldorf Nevens Cleaners, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Steven B. Nosek**
Signature of Attorney for Debtor(s)

**Steven B. Nosek 79960**
Printed Name of Attorney for Debtor(s)

**Steven B. Nosek, P.A.**
Firm Name

**Attorney at Law**
**2855 Anthony Lane S, #201**
**St. Anthony, MN 55418**

Address

**Email: snosek@noseklawfirm.com**
**612-335-9171  Fax: 612-789-2109**
Telephone Number

**January  9, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ John Zahhos**
Signature of Authorized Individual

**John Zahhos**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**January  9, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Minnesota

In re   **Waldorf Nevens Cleaners, Inc.**                              Case No.
                                      Debtor(s)                        Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **AmTrust North America**<br>**5800 Lombardo Center**<br>**Cleveland, OH 44131** | **AmTrust North America**<br>**5800 Lombardo Center**<br>**Cleveland, OH 44131** | | **Contingent**<br>**Unliquidated**<br>**Disputed** | **20,054.00** |
| **Associated Bank, N.A.**<br>**Attn:  Adam Harding**<br>**1801 Riverside Avenue**<br>**Minneapolis, MN 55454** | **Associated Bank, N.A.**<br>**Attn:  Adam Harding**<br>**1801 Riverside Avenue**<br>**Minneapolis, MN 55454** | | **Contingent**<br>**Unliquidated**<br>**Disputed** | **1,601,000.00** |
| **CenterPoint Energy**<br>**PO Box 4671**<br>**Houston, TX 77210-4671** | **CenterPoint Energy**<br>**PO Box 4671**<br>**Houston, TX 77210-4671** | | **Contingent**<br>**Unliquidated**<br>**Disputed** | **40,009.04** |
| **City of Edina**<br>**4801 W 50th Street**<br>**Minneapolis, MN 55425** | **City of Edina**<br>**4801 W 50th Street**<br>**Minneapolis, MN 55425** | | **Contingent**<br>**Unliquidated**<br>**Disputed** | **65,541.60** |
| **Dex Media East, Inc.**<br>**PO Box 78041**<br>**Phoenix, AZ 85062-8041** | **Dex Media East, Inc.**<br>**PO Box 78041**<br>**Phoenix, AZ 85062-8041** | | **Contingent**<br>**Unliquidated**<br>**Disputed** | **21,063.78** |
| **Don's Leather**<br>**3713 E Lake Street**<br>**Minneapolis, MN 55406** | **Don's Leather**<br>**3713 E Lake Street**<br>**Minneapolis, MN 55406** | | **Contingent**<br>**Unliquidated**<br>**Disputed** | **12,093.64** |
| **Egan Electrical ContractorsInc**<br>**PO Box 1150-27**<br>**Minneapolis, MN 55480** | **Egan Electrical ContractorsInc**<br>**PO Box 1150-27**<br>**Minneapolis, MN 55480** | | **Contingent**<br>**Unliquidated**<br>**Disputed** | **27,721.00** |
| **Gac Zahhos LLP**<br>**221 1st Ave SW #300**<br>**Rochester, MN 55902** | **Gac Zahhos LLP**<br>**221 1st Ave SW #300**<br>**Rochester, MN 55902** | | **Contingent**<br>**Unliquidated**<br>**Disputed** | **201,100.00** |
| **Hennepin County**<br>**A600 - Government Center**<br>**300 S 6th Street**<br>**Minneapolis, MN 55487** | **Hennepin County**<br>**A600 - Government Center**<br>**300 S 6th Street**<br>**Minneapolis, MN 55487** | | **Contingent**<br>**Unliquidated**<br>**Disputed** | **273,776.00** |
| **J&L Distributing, Inc.**<br>**180 Kari Glen Drive**<br>**Fayetteville, GA 30215** | **J&L Distributing, Inc.**<br>**180 Kari Glen Drive**<br>**Fayetteville, GA 30215** | | **Contingent**<br>**Unliquidated**<br>**Disputed** | **8,634.96** |
| **LBP Mechanical**<br>**315 Royalston Avenue N**<br>**Minneapolis, MN 55406** | **LBP Mechanical**<br>**315 Royalston Avenue N**<br>**Minneapolis, MN 55406** | | **Contingent**<br>**Unliquidated**<br>**Disputed** | **23,655.00** |

B4 (Official Form 4) (12/07) - Cont.
In re  **Waldorf Nevens Cleaners, Inc.**                              Case No. _____
                               Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Lurie Besikof Lapidus & Co LLP**<br>2501 Wayzata Blvd<br>Minneapolis, MN 55405-2197 | Lurie Besikof Lapidus & Co LLP<br>2501 Wayzata Blvd<br>Minneapolis, MN 55405-2197 | | Contingent<br>Unliquidated<br>Disputed | 18,629.89 |
| **Mechanical Systems, Inc.**<br>800 Weaver Lake Rd #A<br>Dundas, MN 55019 | Mechanical Systems, Inc.<br>800 Weaver Lake Rd #A<br>Dundas, MN 55019 | | Contingent<br>Unliquidated<br>Disputed | 8,808.44 |
| **Minnesota Revenue**<br>Tracy Jarvinen-Collection Off.<br>PO Box 64650<br>Saint Paul, MN 55164-0650 | Minnesota Revenue<br>Tracy Jarvinen-Collection Off.<br>PO Box 64650<br>Saint Paul, MN 55164-0650 | | Contingent<br>Unliquidated<br>Disputed | 435,060.13 |
| **Pitney Bowes Purchase Power**<br>PO Box 856042<br>Louisville, KY 40285-6042 | Pitney Bowes Purchase Power<br>PO Box 856042<br>Louisville, KY 40285-6042 | | Contingent<br>Unliquidated<br>Disputed | 8,039.05 |
| **Precision Machine Control**<br>474 Minnehaha Ave W #102<br>Saint Paul, MN 55103 | Precision Machine Control<br>474 Minnehaha Ave W #102<br>Saint Paul, MN 55103 | | Contingent<br>Unliquidated<br>Disputed | 7,927.75 |
| **Quickway Rigging and Transfer**<br>7800 Central Ave NE<br>Minneapolis, MN 55432 | Quickway Rigging and Transfer<br>7800 Central Ave NE<br>Minneapolis, MN 55432 | | Contingent<br>Unliquidated<br>Disputed | 13,071.23 |
| **Robert W. Schaefer**<br>5529 1st Ave S<br>Minneapolis, MN 55419 | Robert W. Schaefer<br>5529 1st Ave S<br>Minneapolis, MN 55419 | | Contingent<br>Unliquidated<br>Disputed | 10,955.44 |
| **TRC Glass Company**<br>12455 Ridgedale Dr #103<br>Minnetonka, MN 55305 | TRC Glass Company<br>12455 Ridgedale Dr #103<br>Minnetonka, MN 55305 | | Contingent<br>Unliquidated<br>Disputed | 20,609.41 |
| **Weinberg Supply & Equipment**<br>Attn: Moshe Weinberg<br>7434 W 27th Street<br>Minneapolis, MN 55426 | Weinberg Supply & Equipment<br>Attn: Moshe Weinberg<br>7434 W 27th Street<br>Minneapolis, MN 55426 | | Contingent<br>Unliquidated<br>Disputed | 375,377.89 |

# DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **January 9, 2015**                  Signature **/s/ John Zahhos**
                                                    **John Zahhos**
                                                    **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

.

ABACUS COPY SYSTEMS, INC.
615 SOUTHVIEW BLVD
SOUTH SAINT PAUL MN 55075


ADCO PRODUCTS, INC.
1909 W. OAKRIDGE DRIVE
ALBANY GA 31707


ADVANCE REALTY
850 DECATUR AVE N
GOLDEN VALLEY MN 55427


AMERIPRIDE
PO BOX 518
BEMIDJI MN 56619-0518


AMTRUST NORTH AMERICA
5800 LOMBARDO CENTER
CLEVELAND OH 44131


APPLE BUSINESS FORMS, INC.
PO BOX 580650
MINNEAPOLIS MN 55458-0650


ASSOCIATED BANK, N.A.
ATTN:  ADAM HARDING
1801 RIVERSIDE AVENUE
MINNEAPOLIS MN 55454


AT&T MOBILITY
PO BOX 6438
CAROL STREAM IL 60197-6416


B&I ROOFING
312 42ND AVE NE
COLUMBIA HEIGHTS MN 55421

```
BLUE CROSS BLUE SHIELD
PO BOX 64369
SAINT PAUL MN 55164



BOILER SERVICES
10327 FLANDERS ST NE
BLAINE MN 55449-5711



BONA BROS. AUTO & TRUCK SVC.
5333 UNIVERSITY AVE NE
FRIDLEY MN 55421



BOWERS TRUCKING
ATTN: JEFF
611 LINCOLN BLVD.
OROVILLE CA 95966



CA COMMUNICATIONS, INC.
294 GROVE LANE EAST
WAYZATA MN 55391



CENTERPOINT ENERGY
PO BOX 4671
HOUSTON TX 77210-4671



CITY OF EDINA
4801 W 50TH STREET
MINNEAPOLIS MN 55425



CITY OF ST. LOUIS PARK
PO BOX 16801
ST. LOUIS PARK MN 55416-6800



COMCAST
PO BOX 3001
SOUTHEASTERN PA 19398-3001
```

COMPRESSED AIR CONCEPTS LLC
9815 W 74TH ST
EDEN PRAIRIE MN 55344


CORVAL GROUP
CORVAL CONSTRUCTORS, INC.
1633 EUSTIS STREET
SAINT PAUL MN 55108


CRAMER CO.
56 CHAUNCEY AVE
TORONTO CANADA
M8Z 2Z4


DAN DUFRESNE
207 CHURCH STREET E
COLOGNE MN 55322


DANIEL C. BECK
WINTHROP & WEINSTINE, P.A.
225 S 6TH STREET
MINNEAPOLIS MN 55402


DAVID MILLER
2845 QUEBEC AVE S
MINNEAPOLIS MN 55426


DAVID SHOENECKER
3109 HENNEPIN AVENUE S
MINNEAPOLIS MN 55408


DAYSPRING WINDOWS
701 UTAH AVE S
GOLDEN VALLEY MN 55426


DELTA DENTAL OF MINNESOTA
NW 5772
PO BOX 1450
MINNEAPOLIS MN 55485-5772

```
DEX MEDIA EAST, INC.
PO BOX 78041
PHOENIX AZ 85062-8041



DITTER COOLING & HEATING
820 TOWER DRIVE
COLUMBIA HEIGHTS MN 55421



DON'S LEATHER
3713 E LAKE STREET
MINNEAPOLIS MN 55406



DOROTHY LEE
932 STRATFORD LANE W
BURNSVILLE MN 55337



EGAN ELECTRICAL CONTRACTORSINC
PO BOX 1150-27
MINNEAPOLIS MN 55480



EMERGENCY PHYSICIANS PROF ASSO
7301 OHMS LANE, SUITE 650
MINNEAPOLIS MN 55439-4000



EMERGENCY PHYSICIANS, P.A.
5435 FELTL RD
MINNETONKA MN 55343



FAFINSKI MARK & JOHNSON PA
FLAGSHIP CORPORATE CENTER
775 PRAIRIE CENTER DR, #400
EDEN PRAIRIE MN 55344



FESTIVITIES
3969 COUNTY ROAD 116
MEDINA MN 55340
```

```
FORD CREDIT
NATIONAL BANKRUPTCY SVC CTR
PO BOX 6275
DEARBORN MI 48121




FORKLIFTS OF MINNESOTA, INC.
2201 W 94TH STREET
BLOOMINGTON MN 55431




FREMONT INDUSTRIES, INC.
PO BOX 67
SHAKOPEE MN 55379




G&K LINNEN
PO BOX 842385
BOSTON MA 02284-2365




GAC ZAHHOS LLP
221 1ST AVE SW #300
ROCHESTER MN 55902




GRAINGER
DEPT 822448965
PALATINE IL 60038-0001




HENNEPIN COUNTY
A600 - GOVERNMENT CENTER
300 S 6TH STREET
MINNEAPOLIS MN 55487




HOLIDAY
5501 W OLD SHAKOPEE ROAD
MINNEAPOLIS MN 55440-1216




IDEARC MEDIA CORP
PO BOX 619009
DALLAS TX 75261-9009
```

```
INTERNAL REVENUE SERVICE
OGDEN IRS CENTER
1973 N RULON WHITE BLVD
OGDEN UT 84201-0021




J&L DISTRIBUTING, INC.
180 KARI GLEN DRIVE
FAYETTEVILLE GA 30215




JENSEN USA
DEPT CH 19533
PALATINE IL 60055-9533




KENNEDY SCALES, INC.
11485 XEON STREET NW
MINNEAPOLIS MN 55448-3150




KILMER ELECTRIC CO INC
5141 LAKELAND AVE N
CRYSTAL MN 55429




LBP MECHANICAL
315 ROYALSTON AVENUE N
MINNEAPOLIS MN 55406




LIBERTY SYSTEMS
3080 CENTERVILLE RD
SAINT PAUL MN 55117




LIGHTEDGE SOLUTIONS
215 10TH STREET
DES MOINES IA 50309




LURIE BESIKOF LAPIDUS & CO LLP
2501 WAYZATA BLVD
MINNEAPOLIS MN 55405-2197
```

```
MECHANICAL SYSTEMS, INC.
800 WEAVER LAKE RD #A
DUNDAS MN 55019



MEGA-TEK
1390 JEFFERSON AVENUE
SAINT PAUL MN 55105-2409



METRO WELDING SUPPLY
3021 CENTRAL AVE NE
MINNEAPOLIS MN 55418



METROPOLITAN MECH. CONTRACTORS
7340 WASHINGTON AVE S
EDEN PRAIRIE MN 55344-3582



MINNESOTA REVENUE
TRACY JARVINEN-COLLECTION OFF.
PO BOX 64650
SAINT PAUL MN 55164-0650



MITEL TECHNOLOGIES,INC.
DEPARTMENT 7081
CAROL STREAM IL 60122-7081



MN DEPT OF REVENUE
551 BANKRUPTCY SECTIONS
PO BOX 64447
SAINT PAUL MN 55164



MONEY MAILER
PO BOX 27125
GOLDEN VALLEY MN 55427



MOOREHEAD MACHINERY & BOILERCO
3477 UNIVERSITY AVE NE
MINNEAPOLIS MN 55418
```

```
MOTOR CONTROL REPAIR
5240 XENIA AVE N
CRYSTAL MN 55429



MUSKA ELECTRIC COMPANY
1985 OAKCREST AVENUE
ROSEVILLE MN 55113



NALCO COMPANY
PO BOX 70716
CHICAGO IL 60673-0716



PALANISAMI & ASSOCIATES, INC.
5661 INTERNATIONAL PARKWAY
MINNEAPOLIS MN 55428



PFIFNER HEATING & AIR COND.
6301 WELCOME AVE N #26
BROOKLYN PARK MN 55429



PHELAN MANUFACTURING CORP.
2523 MINNEHAHA AVE
MINNEAPOLIS MN 55404



PIRTEK
1409 CLIFF ROAD E
BURNSVILLE MN 55337



PITNEY BOWES GLOBAL FINANCIAL
PO BOX 371887
PITTSBURGH PA 15250-7887



PITNEY BOWES PURCHASE POWER
PO BOX 856042
LOUISVILLE KY 40285-6042
```

              Document      Page 14 of 17

```
POPP.COM
620 MENDELSSOHN AVE N
GOLDEN VALLEY MN 55427-0110



POSITEK, INC. DCCS
1210 STANBRIDGE STREET
NORRISTOWN PA 19401



PRECISION MACHINE CONTROL
474 MINNEHAHA AVE W #102
SAINT PAUL MN 55103



QUALITY FORKLIFT SALES & SVC
587 CITATION DRIVE
SHAKOPEE MN 55379



QUALITY REFRIGERATION
6237 PENN AVENUE SOUTH
SUITE 100
RICHFIELD MN 55423



QUICKWAY RIGGING AND TRANSFER
7800 CENTRAL AVE NE
MINNEAPOLIS MN 55432



REPUBLIC SERVICES
PO BOX 9001154
LOUISVILLE KY 40290-1154



ROBERT B. HILL COMPANY
7101 OXFORD STREET
ST. LOUIS PARK MN 55426



ROBERT W. SCHAEFER
5529 1ST AVE S
MINNEAPOLIS MN 55419
```

```
SPRINT PCS
PO BOX 4181
CAROL STREAM IL 60197-4181



ST. CROIX PROMOTIONS & RETAIL
7874SOUTH 12TH AVENUE
MINNEAPOLIS MN 55420



STERLING WELDING COMPANY, INC.
208 9TH AVE N
MINNEAPOLIS MN 55411



STORMS INDUSTRY
1500 S WESTERN AVENUE
CHICAGO IL 60608



SYFAN MANUFACTURING
PO BOX 896005
CHARLOTTE NC 28289-6005



THE HARTFORD
PO BOX 14219
LEXINGTON KY 40512



THEN INSTALLATION, INC.
217 SUMMIT AVE N
SAUK RAPIDS MN 56379



THOMAS NYBECK, LLC
3600 AMERICAN BLVD W #400
BLOOMINGTON MN 55413



TINGUE BROWN & CO.
PO BOX 824619
PHILADELPHIA PA 19182-4619
```

```
TRC GLASS COMPANY
12455 RIDGEDALE DR #103
MINNETONKA MN 55305




TURF TIGERS LLC
14331 284TH AVE NW
ZIMMERMAN MN 55398




TWIN CITY GROUP
4500 PARK GLEN RD #400
MINNEAPOLIS MN 55416




ULINE
PO BOX 88741
CHICAGO IL 60680-1741




UNIPRESS
3501 QUEEN PALM DRIVE
TAMPA FL 33619




WASTE MANAGEMENT OF WI-MN
PO BOX 4648
CAROL STREAM IL 60197-4648




WEINBERG SUPPLY & EQUIPMENT
ATTN:  MOSHE WEINBERG
7434 W 27TH STREET
MINNEAPOLIS MN 55426




XCEL ENERGY
PO BOX 9477
MINNEAPOLIS MN 55484-9477




ZEE MEDICAL SERVICE
PO BOX 911
BURNSVILLE MN 55337
```

# United States Bankruptcy Court
## District of Minnesota

In re   **Waldorf Nevens Cleaners, Inc.**                                              Case No.
                                      Debtor(s)                                        Chapter   **11**


# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Waldorf Nevens Cleaners, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


| | |
|---|---|
| **January 9, 2015** | **/s/ Steven B. Nosek** |
| Date | **Steven B. Nosek 79960** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Waldorf Nevens Cleaners, Inc.** |
| | **Steven B. Nosek, P.A.** |
| | **Attorney at Law** |
| | **2855 Anthony Lane S, #201** |
| | **St. Anthony, MN 55418** |
| | **612-335-9171 Fax:612-789-2109** |
| | **snosek@noseklawfirm.com** |